# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA ) CASE NUMBER: CR 09-60331-JIC
          Plaintiff )
)
-vs- ) REPORT COMMENCING CRIMINAL
) ACTION
Scott Rothstein ) # 91256 004
          Defendant

*************************************************************************

TO: CLERK'S OFFICE    MIAMI    **FT. LAUDERDALE**    W. PALM BEACH
    U.S. DISTRICT COURT             (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

*************************************************************************

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 12/1/09    7:30    **a.m.**/p.m.

(2) LANGUAGE(S) SPOKEN: English

(3) OFFENSE(S) CHARGED: Racketeering Conspiracy 18 USC 1962; Wire Fraud 18 USC 1343; Money Laundering Conspiracy 18 USC 1956

(4) UNITED STATES CITIZEN: (X)YES    ( )NO    ( )UNKNOWN

(5) DATE OF BIRTH: '62

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE) Information
    [ ] INDICTMENT    [ ] COMPLAINT    CASE # _____
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PAROLE VIOLATION WARRANT
    ORIGINATING DISTRICT: S FL
    COPY OF WARRANT LEFT WITH BOOKING OFFICER? [ ]YES [ ]NO
    AMOUNT OF BOND: $ Pre-Trial Detention    WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: 12/1/09    (9) ARRESTING OFFICER: Scott Neville

(10) AGENCY: FBI    (11) PHONE # 305-944-9101

(12) COMMENTS _____