UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60331-CR-COHN

UNITED STATES OF AMERICA

v.

SCOTT W. ROTHSTEIN

_____/

### ORDER SETTING McCLAIN HEARING AND DIRECTING GOVERNMENT TO RESPOND

**THE COURT** hereby sets a McClain hearing for 9:30 a.m. on January 13, 2010 in Courtroom 203E of the United States Courthouse, 299 East Broward Blvd., Fort Lauderdale, Florida. The Government shall advise the Court in writing no later than January 11, 2010, whether Mr. Rothstein's attorney is under criminal investigation or subject to potential criminal liability which may create a conflict bearing on Mr. Rothstein's Sixth Amendment right to counsel.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 6th day of January, 2010.

JAMES I. COHN
UNITED STATES DISTRICT JUDGE

Copies provided to counsel of record.