UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60331-CR-COHN

UNITED STATES OF AMERICA

v.

SCOTT W. ROTHSTEIN

_____/

## ORDER

Upon consideration of the motion filed by the Government, pursuant to Title I of the Justice for All Act of 2004, 18 U.S.C. § 3771,

The Court finds that (1) the "multiple crime victims" provision set forth in 18 U.S.C. § 3771(d)(2) applies to the above-captioned case; (2) due to the number of victims it is impractical for the Government and the Court to identify direct and proximate victims of the charged offenses, on an individual basis, without unduly complicating or prolonging the proceedings; and (3) the basis of notification set forth in the Government's motion constitutes a "reasonable procedure" for giving effect to the provisions of 18 U.S.C. § 3771.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    The Government is authorized to comply with the provisions of 18 U.S.C. § 3771(a)(2) in the above-captioned case by providing notice of upcoming proceedings by publication of the notice via the Internet on the following website: http://www.justice.gov/usao/fls/VictimWitness/USvRothstein.html

2.      The Government shall provide notice directly to any known crime victim(s) by

mail, email, fax, or telephone.


        **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County,

Florida this 6th day of January, 2010.

JAMES I. COHN
UNITED STATES DISTRICT JUDGE